RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHRYN C. NEWMAN
Assistant Federal Public Defender
Nevada State Bar No. 13733
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Kathryn_Newman@fd.org

Attorney for Scott Brady Bullis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00224-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| SCOTT BRADY BULLIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Scott Brady Bullis, that the Sentencing Hearing currently scheduled on April 15, 2020, be vacated and continued to a date and time convenient to the Court but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.      After initial proceedings on January 9, 2020, the Court continued the sentencing in his case to allow the parties to engage expert(s) to assist the Court in fashioning a sentence. ECF No. 52.

2.      Mr. Bullis has identified an expert and provided the name to the government. The government is determining whether it will engage its own expert as permitted by the Court's order. *Id.*

3.      The government does not object to the continuation in light of the health crisis and the additional time will allow the government time to engage its own expert if necessary.

4.      The defendant is not in custody and agrees with the need for the continuance.

5.      This is the second request for a continuance of the sentencing hearing.

DATED this 1st day of April, 2020.

RENE L. VALLADARES                      NICHOLAS A. TRUTANICH
Federal Public Defender                      United States Attorney


By */s/ Kathryn C. Newman*                      By */s/ Allison Reese*
KATHRYN C. NEWMAN                      ALLISON REESE
Assistant Federal Public Defender                      Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00224-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| SCOTT BRADY BULLIS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for April 15, 2020 at 1:30 p.m., be vacated and continued to _____June 3, 2020_____ at the hour of _1_:_00_ _p_.m.; or to a time and date convenient to the court.

DATED this 10th day of April, 2020.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE