NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT BRADY BULLIS,<br><br>　　　　Defendant. | Case No. 2:18-cr-00224-RFB-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Fourth Request) |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Kathryn C. Newman, Assistant Federal Public Defender, counsel for Scott Brady Bullis, that the Sentencing Hearing currently scheduled on September 8, 2020, be vacated and continued one week or to a date and time convenient to the Court.

　　This Stipulation is entered into for the following reasons:

　　1.　　After initial proceedings on January 9, 2020, the Court continued the sentencing in his case to allow the parties to engage expert(s) to assist the Court in fashioning a sentence. ECF No. 52.

2. Mr. Bullis identified an expert who testified at the continued sentencing held on August 5, 2020. *See* ECF No. 66.

3. During the testimony, the government learned that it had not been provided with a manual used by the defendant's expert when he conducted the testing and as a result the Court continued the hearing to September 8, 2020 to allow the government time to obtain and review the undisclosed manual.

4. The government attempted to obtain a copy of the manual but was unsuccessful, given that the manual the expert owns and used is not the current version and other restrictions in place in light of the coronavirus pandemic. The government then asked defense to have their expert make the manual available for review. The defense obliged and the parties were scheduled to review the manual on September 4, 2020. However, due to a conflict in the government's schedule, the government was unable to review the manual on that date and will not have time prior to the currently scheduled sentencing date. Therefore, the parties stipulate to continuing the sentencing to allow the government sufficient time to review the manual.

5. The parties agree to this continuance.

6. The defendant is not in custody and agrees with the need for the continuance.

7. This is the fourth request for a continuance of the sentencing hearing.

DATED this 4th day of September, 2020.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| By */s/ Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney | By */s/ Kathryn C. Newman*<br>KATHRYN C. NEWMAN<br>Assistant Federal Public Defender |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT BRADY BULLIS,<br><br>          Defendant. | Case No. 2:18-cr-00224-RFB-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for September 8, 2020 at 1:00 p.m., be vacated and continued to September 16, 2020 at the hour of 10 : 30  a .m..

   DATED this 4th day of September, 2020.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

3